UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Jeff Lichtenstein** | NO. |
| **Plaintiff,** | |
| vs. | |
| **Capital Management Services, Inc.,** | |
| **Defendant.** | |

## DISCLOSURE STATEMENT

The undersigned counsel for Capital Management Services, Inc., certifies that this party is a non-governmental corporate party and that:

¨   This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____

_____

OR

✗   This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock

**July 9, 2008**           *(s)*           *Hillary A. Fraenkel*
**Date**                              **E-Signature of Attorney**
11/738132.v1