## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Chambers of**<br>**Claire C. Cecchi**<br>United States Magistrate Judge | **Martin Luther King Jr, Federal Bldg.**<br>**& U.S. Courthouse**<br>**50 Walnut Street, Room 2064**<br>**Newark, NJ 07102**<br>**(973) 645-6664** |

**LETTER ORDER PURSUANT TO RULE 16.1**
**ORIGINAL FILED WITH THE CLERK OF THE COURT**

August 14, 2008

| | |
|---|---|
| Jeff Lichtenstein<br>PO Box 655<br>Dover, NJ 07801<br>**VIA Certified Mail, RRR**<br>**and First Class Mail** | **Notice via electronic filing:**<br>Andrew M. Schwartz, Esq.<br>Hillary A. Fraenkel, Esq. |

    **Re:**    Jeff Lichtenstein v. Capital Management Services, Inc.
              **Civil Action No. 08-3431 (JLL)**

Dear Litigants:

    On or about September 4, 2008, I will issue a Scheduling Order in this civil action.

    Not later than August 28, 2008, I expect to receive from you estimates of the time needed to complete discovery. I also expect to be advised whether you intend to add parties, amend pleadings or make a dispositive motion.

    **SO ORDERED**.

                                            *s/ Claire C. Cecchi*
                                            **HON. CLAIRE C. CECCHI**
                                            **United States Magistrate Judge**

cc:  File